No. 93–7494. MORENO *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McFarland* v. *Scott*, *ante*, p. 849.

No. 93–7739. JOINER *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McFarland* v. *Scott*, *ante*, p. 849.

No. 93–8233. CLAYTON *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McFarland* v. *Scott*, *ante*, p. 849.

No. 93–8621. MCDONALD *v.* NEW MEXICO ET AL. C. A. 10th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [511 U. S. 1125] denied.

No. 93–812. RED CLAY CONSOLIDATED SCHOOL DISTRICT BOARD OF EDUCATION ET AL. *v.* JENKINS ET AL. C. A. 3d Cir. Certiorari denied.